closed

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JOSE ROMO and NADIA ROMO;<br><br>  Plaintiff,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.;NDEX WEST LLC and DOES 1 to 20, Inclusive,<br><br>  Defendants. | CASE NO.: 2:14-cv-09831-R-FFM<br><br>**JUDGMENT OF DISMISSAL**<br><br>[*Assigned to the Hon. Manuel L. Real*] |

On February 18, 2015, the Court entered an Order granting the Motion to Dismiss Complaint, filed by defendant WELLS FARGO BANK, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo"), dismissing the Complaint, in its entirety, with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Accordingly:

2 | **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

3 | 1. The Complaint is dismissed, as to all parties and all causes of action, with prejudice;

5 | 2. Judgment is entered in favor of defendant WELLS FARGO BANK, N.A.; and;

7 | 3. Plaintiffs, Jose Romo and Nadia Romo shall recover nothing in this action from defendant WELLS FARGO BANK, N.A.

DATED: April 14, 2015

_____
HON. MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of Pasadena, California; my business address is Anglin, Flewelling, Rasmussen, Campbell & Trytten LLP, 199 S. Los Robles Avenue, Suite 600, Pasadena, California 91101-2459.

On the date below, I served a copy of the foregoing document entitled:

**[PROPOSED] JUDGMENT OF DISMISSAL**

on the interested parties in said case as follows:

**Served Electronically Via the Court's CM/ECF System**:

*Counsel for Defendant*
*NDeX West*

Edward A. Treder, Esq.
James T. Lee, Esq.
BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA  91765
T: (626) 915-5714 | F: (909) 595-7640
Email: edwardt@bdfgroup.com
Email:  jamesl@bdfgroup.com

**Served by Means Other Than Electronically
Via the Court's CM/ECF System**:

*Counsel for Plaintiffs*
*Jose Romo and Nadia Romo*

Robyn L. Pool, Esq.
POOL LAW GROUP
3633 Inland Empire Blvd., Suite 550
Ontario, CA  91764
Tel: 909.509-4304 | Fax: 909.906-3041

☒   **BY MAIL:** I am readily familiar with the firm's practice of collection and processing correspondence by mailing. Under that same practice it would be deposited with U.S. Postal Service on that same day with postage fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct. I declare that I am employed in
   the office of a member of the Bar of this Court, at whose direction the service
3  was made. This declaration is executed in Pasadena, California on **February 19,
   2015.**
4

5     Lina Velasquez            */s/ Lina Velasquez*
      (Type or Print Name)         (Signature of Declarant)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

93000/FR1494/01083792-1

CASE NO.: 2:14-CV-09831-R-FFM
CERTIFICATE OF SERVICE